### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Daniel J. Cieslik, et al.

                                                                                  Plaintiff,

v.                                                                                   Case No.: 1:19−cv−05553
                                                                                          Honorable Edmond E. Chang

Board Of Education Of The City Of Chicago

                                                                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: Although the defense's motion to file supplemental authority [60] should have contained a statement of conferral (as required by Judge Chang's Case Management Procedure), the motion is granted. By 01/04/2021, the Plaintiff may file a response to the supplemental authority, limited to three pages. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.